[No. 6437-1.    Division One.    June 25, 1979.]

MARDELLE DAVISON, *Respondent,* v. GEORGINA
A. BREMER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 52662, Byron L. Swedberg, J.,
entered February 24, 1978. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Farris and Ringold,
JJ.

[No. 6468-1.    Division One.    June 25, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WADE
DOUGLAS WOODWARD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83165, David C. Hunter, J., entered March 23,
1978. *Affirmed* by unpublished opinion per Swanson,
A.C.J., concurred in by Williams and Andersen, JJ.

[Nos. 6587-1; 6588-1.    Division One.    June 25, 1979.]

J. R. CISSNA, ET AL, *Appellants,* v. DOW
JONES, INC., ET AL, *Respondents.*

EDWARD PANNEK, ET AL, *Appellants,* v. DOW
JONES, INC., ET AL, *Respondents.*

Appeals from judgments of the Superior Court for King
County, Nos. 840843, 840844, Eugene G. Cushing, J.,
entered March 22, 1978. *Affirmed* by unpublished opinion
per Andersen, J., concurred in by James and Williams, JJ.